

U.S. Department of Justice
Civil Division

*Washington, DC 20530*

May 24, 2021

Natalia Sorgente
Baker Botts L.L.P.
700 K Street NW
Washington, DC 20001
natalia.sorgente@bakerbotts.com

VIA EMAIL

Re:   **Final Demand for Payment by Summit Power Group, LLC to the U.S. Department of Energy under its 2012 Payment Agreements**

Dear Ms. Sorgente:

I am writing on behalf of the U.S. Department of Energy (Energy) to send a final demand for payment to your client, Summit Power Group, LLC (SPG) in advance of our meeting tomorrow.  Energy demands that SPG pay $7.8 million within 30 days or reach agreement with Energy on an acceptable payment schedule in accord with SPG's payment obligations under the 2012 guaranty agreements between Energy and SPG (Payment Agreements).

The Payment Agreements require SPG to pay $7.8 million to Energy if the federal award recipient, Summit Texas Clean Energy, LLC (Summit), failed to achieve the technical objectives for the first phase of a clean coal project and failed to repay a portion of that project to Energy.  As you know, Summit failed to achieve these objectives by the extended deadline of July 14, 2016, failed to repay its portion of the project, and lost its administrative appeal to the agency on December 20, 2016.

The $7.8 million is now long past due.  Based on our analysis of SPG's ability to pay as of April 2021, the Department is willing to settle this debt for $2 million.  Your client, however, has not responded to this recent proposal.  Therefore, please be aware that SPG will be liable for the $7.8 million plus any interest owed under 31 U.S.C. § 3717, 31 C.F.R. § 901.2, and all applicable law, if SPG chooses not to pay within 30 days (*i.e.,* June 23, 2021) or the parties do not reach an alternative arrangement on the amount and timing of payment.

Complaint Exhibit 15

      We look forward to discussing this matter with you and your client on Tuesday, May 25th.

                                         Sincerely,

                                      *s/John R. Kresse*

                                      John R. Kresse

cc:    Tiffiney F. Carney, Trial Attorney, U.S. Department of Justice (tiffiney.carney@usdoj.gov)
Michael J. Quinn, Senior Litigation Counsel, U.S. Department of Justice (michael.quinn3@usdoj.gov)
Bettina Mumme, Trial Attorney, U.S. Department of Energy (bettina.mumme@hq.doe.gov)

      (all by email)