# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-cv-01461-LPS ) |
| CCM TCEP, LLC, and SUMMIT POWER GROUP, LLC, | ) ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael J. Gottlieb and Martin J. Weinstein of Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, to represent CCM TCEP, LLC in this matter.

OF COUNSEL:

Michael J. Gottlieb
Martin J. Weinstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Tel.: (202) 303-1000
mgottlieb@willkie.com
Mweinstein@willkie.com

December 22, 2021

MORRIS NICHOLS ARSHT & TUNNELL

/s/ *Alexandra M. Cumings*

Alexandra M. Cumings (#6146)
Kenneth J. Nachbar (#2067)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel.: (302) 658-9200
Fax: (302) 422-3013
knachbar@mnat.com
acumings@mnat.com

*Attorneys for CCM TCEP, LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Michael J. Gottlieb and Martin J. Weinstein is granted.

Dated: _____    _____
                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated:  December 22, 2021                                 */s/  Michael J. Gottlieb*
                                                                                  Michael J. Gottlieb
                                                                                 WILLKIE FARR & GALLAGHER LLP
                                                                                 1875 K Street, NW
                                                                                 Washington, DC 20006
                                                                                 Tel.: (202) 303-1000
                                                                                 mgottlieb@willkie.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: December 22, 2021

*/s/ Martin J. Weinstein*
Martin J. Weinstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Tel.: (202) 303-1000
mweinstein@willkie.com