**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   C.A. No. 1:21-cv-01461-TMH |
| v. | ) |
| | ) |
| CCM TCEP, LLC, and | ) |
| SUMMIT POWER GROUP, LLC, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE FOR MICHAEL J. GOTTLIEB</u>

PLEASE TAKE NOTICE that Michael J. Gottlieb hereby withdraws his appearance as counsel for Defendant CCM TCEP, LLC ("CCM"). All other counsel for Defendant will remain as counsel of record.

MORRIS NICHOLS ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ Alexandra M. Cumings*

Martin J. Weinstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Tel: (202) 303-1000
mgottlieb@willkie.com
Mweinstein@willkie.com

Kenneth J. Nachbar (#2067)
Alexandra M. Cumings (#6146)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel.: (302) 658-9200
knachbar@morrisnichols.com
acumings@morrisnichols.com

*Attorneys for CCM TCEP, LLC*
*and Summit Power Group, LLC*

*Attorneys for CCM TCEP, LLC*
Brendan F. Quigley
Adam Dec
BAKER BOTTS, L.L.P.
700 K Street, N.W.
Washington, D.C.  20001
Tel: (202) 639-7700
Brendan.quigley@bakerbotts.com
adam.dec@bakerbotts.com

*Attorneys for CCM TCEP, LLC and Summit*
*Power Group, LLC*

February 1, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 1, 2023, upon the following in the manner indicated:

John Robert Kresse, Esquire                    *VIA ELECTRONIC MAIL*
Tiffiney Carney, Esquire
United States Department of Justice
Civil Division, Commercial Litigation Branch
100 L St NW
Washington, DC 20005
*Attorneys for Plaintiff*

Laura D. Hatcher, Esquire
Chief, Civil Division
United States Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, DE 19801
*Attorney for Plaintiff*


                                        */s/ Alexandra M. Cumings*
                                        _____
                                        Alexandra M. Cumings (#6146)